# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC,                    )<br>                                                         )<br>           Plaintiff,                          )<br>v.                                                      )<br>                                                         )<br>JOHN DOE subscriber assigned IP address  )<br>73.201.158.15,                                )<br>                                                         )<br>           Defendant.                       )<br>                                                         ) | Civil Case No. <u>1:18-cv-02555-CRC</u> |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 73.201.158.15. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 25, 2019                                  Respectfully submitted,

                                                                      MALIBU MEDIA, LLC.
                                                                      PLAINTIFF
                                                                      By:   /s/ *Jon A. Hoppe*
                                                                      Jon A. Hoppe, Esquire #438866
                                                                      *Counsel*
                                                                      Law Offices of Jon A. Hoppe, Esquire, LLC
                                                                      1025 Connecticut Avenue, NW
                                                                      Ste. 1000
                                                                      Washington, DC. 20036
                                                                      Tel: (202) 587-2994
                                                                      E-mail: jhoppe@mhhhlawfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jon A. Hoppe*